IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00298-LTB-BNB

GREGORY KNUTSON,

Plaintiff,

v.

U-HAUL CO. OF COLORADO,

Defendant.

_____

## ORDER
_____

The parties appeared today for a scheduling conference. At that conference, I was informed that an amended complaint has been filed correcting the identity of the defendant. In the original complaint, the defendant was identified as U-Haul International, Inc. In the amended complaint, the identity of the defendant was changed to identify the correct entity--U-Haul Company of Colorado, Inc. I also am informed, however, that court materials, including the electronic case file system, continue to erroneously identify the defendant as U-Haul International, Inc.

IT IS ORDERED that the case caption is modified to reflect the identity of the correct defendant--U-Haul Company of Colorado, Inc. The Clerk of the Court is directed to change the caption as necessary.

Dated July 14, 2005.

                                        BY THE COURT:

                                        /s/ Boyd N. Boland
                                        United States Magistrate Judge