**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00298-LTB-BNB

GREGORY KNUTSON,
         Plaintiff,

v.

U-HAUL CO. OF COLORADO,
         Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (filed October 19, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:


                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: October 20, 2005